```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF            *
    AMERICA,                *
                            *     CASE NUMBER
          V.                *     2:14-CR-328-WHA
                            *
MODESTA BARAJAS DE CHAVEZ,  *
    DEFENDANT               *
                            *
```

## UNOPPOSED MOTION TO CONTINUE
## OCTOBER 6, 2014 TRIAL DATE

**COMES NOW**, the Defendant, MODESTA BARAJAS DE CHAVEZ, by and through the undersigned attorney, Benjamin E. Schoettker, and moves this Honorable Court to continue the trail date of October 6, 2014, and all corresponding deadlines.

As grounds in support thereof, the following is stated:

1. On September 24, 2014 an arraignment hearing was held on the Superseding Indictment.

2. Co-defendant Jeffrey Scott Marks is presently incarcerated in the Southern District of Alabama (Mobile) and is pending sentencing on December 2014.

3. On September 24, 2014 additional voluminous discovery was provided that adds to the complexity of the case. The Defendant waives her right to a speedy trial.

4. AUSA Verne H. Speirs has no objection to the continuance of the October 06, 2014 trial date so that all Defendant's may be set for trial on the same date.

5.  Co-Defendant, John Candido Chavez, has also filed a motion requesting a continuance of this matter from the October 6, 2014 setting.

WHEREFORE, premises considered, the Defendant moves that the October 06, 2014 trial and corresponding deadlines be continued until a date after December 2014.

**RESPECTFULLY SUBMITTED** this the 25th day of September, 2014.

_____
**BENJAMIN E. SCHOETTKER**
Attorney for Defendant
608 South Hull Street
Montgomery, Alabama 36104
Phone: (334) 834-3444
Fax: (334) 262-8897
E-mail:bes@barfootschoettker.com
AL Bar Code: ASB-7848-I72S

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day electronically filed a copy of this motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Assistant United States Attorney.

    DONE this the 25th day of September, 2014.

*/s/ Benjamin E. Schoettker*

**BENJAMIN E. SCHOETTKER**
Attorney for Defendant
608 South Hull Street
Montgomery, Alabama 36104
Phone: (334) 834-3444
Fax: (334) 262-8897
E-mail: bes@barfootschoettker.com
AL Bar Code: ASB-7848-I72S